UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT GENE BAILEY, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:13-CV-388-F
)
WILLIAM C. TOMAN, JR., R.M. ASHLEY )
K.D. MACKEY, P.J. GRAHAM, RON )
SMITH, UNKNOWN FEMALE OFFICER, )
C.C. BLAKE, JOSEPH GARDNER, )
        Defendants. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint in this matter does not contain allegations suggesting that the Plaintiff is in any such danger. Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on July 1, 2013, and Copies To:**

Robert Gene Bailey (#0014848, Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

DATE                                                    JULIE A. RICHARDS, CLERK
July 1, 2013                                     /s/ Susan K. Edwards
                                                                    (By) Susan K. Edwards, Deputy Clerk